ACCEPTED
04-15-00342-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/3/2015 11:13:56 AM
KEITH HOTTLE
CLERK

04-15-00342-CV

Cause No. 2015-CI-03926
(Severed Case)

| | | |
|---|---|---|
| MARY WINTERS AND MILA CHEATOM | § | IN THE DISTRICT COURT |
| | § | 4th COURT OF APPEALS |
| Plaintiffs | § | SAN ANTONIO, TEXAS |
| | § | 06/3/2015 11:13:56 AM |
| v. | § | 166TH JUDICIAL DISTRICT |
| | § | Clerk |
| VILLA DIJON CONDOMINIUM | § | |
| ASSOCIATION, INC. AND IMPLICITY | § | |
| MANAGEMENT COMPANY | § | |
| | § | |
| Defendants | § | BEXAR COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Villa Dijon Condominium Association, Inc. and Implicity Management Company, file this notice of appeal pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure. Defendants desire to appeal a March 9, 2015 default judgment taken by Plaintiffs against Defendants in the above referenced case to the Fourth Court of Appeals sitting in San Antonio, Texas.

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
15 JUN -3 AM 9: 23
BY_____ DEPUTY

Respectfully submitted,

*Loree & Lipscomb,*
777 East Sonterra Blvd., Suite 320
San Antonio, Texas 78258
Telephone: (210) 404-1320
Facsimile:  (210) 404-1310
Email:_____ rob@lhllawfirm.com

By:_____
Robert W. Loree
State Bar No. 12579200

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certified that on June 3, 2015, Defendants have served a true and correct copy of this document on counsel for Plaintiffs Jacob S. Leibowitz, 700 North St. Mary's Street, Suite 1750, San Antonio, Texas, by email to Jacob@leibowitzlaw.com.

_____
Robert W. Loree